UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAVIER RICO-TORRES,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>DIRECTOR OF NURSING HDSP, et al.,<br><br>　　　　　Defendants. | Case No.: 2:22-cv-01788-MMD-DJA<br><br>**ORDER**<br><br>(ECF No. 6) |

**I.    DISCUSSION**

On November 22, 2022, this Court ordered Plaintiff to file a <u>fully complete</u> application to proceed *in forma pauperis* or pay the full $402 filing fee for a civil action on or before January 20, 2023. (ECF No. 5 at 2.) The Court explained that Plaintiff's initial application to proceed *in forma pauperis* was incomplete because Plaintiff had not included <u>a financial certificate or an inmate account statement for the previous six-month period</u>. (*Id.* at 1.)

The next day, Plaintiff filed an amended complaint together with another incomplete application to proceed *in forma pauperis*. (ECF No. 6.) Plaintiff's second application to proceed *in forma pauperis* also does not include <u>a financial certificate or an inmate account statement for the previous six-month period</u>. (*Id.*)

Because it appears that an extension of the initial deadline and another court order are meaningful alternatives to dismissal here, the Court will grant Plaintiff **one final opportunity** to submit <u>a financial certificate and an inmate account statement for the previous six-month period</u> to the Court on or before **March 10, 2023**. *See Henderson v. Duncan*, 779 F.2d 1421, 1424 (9th Cir. 1986) (providing that "district court need not exhaust every sanction short of dismissal before finally dismissing a case, but must explore possible and meaningful alternatives").

**II.    CONCLUSION**

For the foregoing reasons, IT IS ORDERED that Plaintiff's second incomplete

application to proceed *in forma pauperis* (ECF No. 6) is denied without prejudice.

IT IS FURTHER ORDERED that on or before **March 10, 2023**, Plaintiff shall either: (1) file a <u>fully complete</u> IFP application, on the correct form with <u>complete</u> financial attachments, including <u>a financial certificate and an inmate account statement for the previous six-month period</u>, in compliance with 28 U.S.C. § 1915(a); or (2) pay the full $402 fee for filing a civil action (which includes the $350 filing fee and the $52 administrative fee).

IT IS FURTHER ORDERED that, if Plaintiff does not timely comply with this order, this case will be subject to dismissal <u>without prejudice</u> for Plaintiff to refile the case with the Court, under a new case number, when Plaintiff is able to submit a fully complete application to proceed *in forma pauperis* or pay the full $402 filing fee for a civil action.

DATED: February 8, 2023

_____
UNITED STATES MAGISTRATE JUDGE