UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAVIER RICO-TORRES,<br><br>                               Plaintiff<br><br>      v.<br><br>JAVIER RICO-TORRES, et al.,<br><br>                               Defendants | Case No. 2:22-cv-01788-MMD-DJA<br><br>ORDER |

**I.    DISCUSSION**

Plaintiff, who is incarcerated in the custody of the Nevada Department of Corrections (NDOC), has filed a Motion for the Court to Issue a Rule 45 Subpoena Duces Tecum[1] to the Director of Medical of NDOC. (ECF No. 12.) Plaintiff is seeking the names of the director of nursing at High Desert State Prison and Ely State Prison. (*Id.*) The Court grants Plaintiff's motion.

**II.   CONCLUSION**

**FOR THE FOREGOING REASONS, IT IS ORDERED** that Plaintiff's Motion for the Court to Issue a Rule 45 Subpoena Duces Tecum to the Director of Medical of NDOC (ECF No. 13) is **GRANTED.**

**IT IS FURTHER ORDERED** that the Clerk of the Court shall issue the Subpoena that Plaintiff attached to his Motion for Court to Issue Rule 45 Subpoena Duces Tecum (ECF No. 13-1).

**IT IS FURTHER ORDERED** That the Clerk of Court shall add the Nevada Department of Corrections to the docket as an Interested Party and electronically serve a copy of this order and a copy of Plaintiff's Subpoena Duces Tecum (ECF No. 13-1) on the Office of the Attorney General of the State of Nevada by adding the Attorney General of the State of Nevada to the docket sheet. This does not indicate acceptance of service.

///

---

[1] In the screening order, the Court instructed Plaintiff that he could file a Rule 45 subpoena duces tecum to attempt to identify two John Does. (ECF No. 6 at 9.)

1

**IT IS FURTHER ORDERED** that within seven (7) days of the date of entry of this order, the Attorney General's Office shall file a notice advising the Court and Plaintiff whether it accepts service of the Subpoena Duces Tecum on behalf of the Director of Medical of NDOC.

DATED this 22nd day of May 2023.

_____
UNITED STATES MAGISTRATE JUDGE