UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAVIER RICO-TORRES,<br><br>　　　　　　　　　　Plaintiff<br><br>　　v.<br><br>DIRECTOR OF NURSING HDSP, et al.,<br><br>　　　　　　　　　　Defendants | Case No.  2:22-cv-01788-MMD-DJA<br><br>ORDER |

**I.　DISCUSSION**

The Court issues this order on its own initiative. On May 22, 2023, the Court issued an order (ECF No. 15) granting Plaintiff's Motion for the Court to Issue a Rule 45 Subpoena Duces Tecum (ECF No. 13-1). The Court now directs the Office of the Attorney General of the State of Nevada to answer Plaintiff's subpoena (ECF No. 16) on or before **July 5, 2023**. Once the answer to Plaintiff's subpoena is filed, Plaintiff must file a third amended complaint with the names of those Plaintiff attempted to identify as defendants, or, in the alternative, Plaintiff must move to substitute the true names of the Doe defendants currently listed in the second amended complaint. (ECF No. 12). Plaintiff must do either of these proposed actions within **30 days** of receiving the response to his subpoena.

**II.　CONCLUSION**

**FOR THE FOREGOING REASONS, IT IS ORDERED** that the Office of the Attorney General of the State of Nevada shall respond to Plaintiff's subpoena (ECF No. 16) on or before **July 5, 2023**.

**IT IS FURTHER ORDERED** that Plaintiff, within **30 days** of receiving the answer to his subpoena, must either file a third amended complaint with the names of those Plaintiff attempted to identify as defendants, or, in the alternative, Plaintiff must move to substitute the true names of the Doe defendants currently listed in the second amended complaint.

1 **IT IS FURTHER ORDERED** that the Clerk of Court shall send Plaintiff a courtesy copy of the second amended complaint (ECF No. 12).

DATED this 5th day of June 2023.

_____
United States Magistrate Judge